**Matt Heffron**

---

**From:** Matt Heffron
**Sent:** Thursday, July 16, 2026 5:23 PM
**To:** attorney@lincoln.ne.gov
**Subject:** Lincoln Ordinances Chapter 11.09 and §11.01.010 ("Sexual Orientation or Gender Identity Change Efforts").
**Attachments:** Lincoln City Attorney, 4-16-26.pdf

Mr. Christie:

This is to follow-up and recap. I sent you the attached letter of April 16, 2026, demonstrating that Lincoln Ordinances were clearly in violation of the Constitution in light of the U.S. Supreme Court's decision in *Chiles v. Salazar*. In my letter, as well as in a follow-up telephone message, I requested that the Lincoln City Council vote to repeal these ordinances no later than June 15. You called me on June 15, and we agreed to talk again in two weeks. I left another telephone message on July 6 and then sent an email on July 7 attaching *Bury v. Missouri*, a recent Eighth Circuit decision effectively overturning a Kansas City ordinance with nearly the same language as the Lincoln Ordinances—language that *Chiles* held is an "egregious assault" on the First Amendment.

If the City of Lincoln is unwilling to repeal due to political considerations, as is apparent, please inform us whether the City of Lincoln at least is willing to agree not to enforce Lincoln Ordinances Chapter 11.09 and §11.01.010 ("Sexual Orientation or Gender Identity Change Efforts") as applied to talk therapy. If that cannot be done, we will have no alternative but to sue the City, presumably in August.

Of course, mounting attorney fees ultimately will be payable by the City of Lincoln and its taxpayers.

We look forward to hearing from you.



EXHIBIT
C